UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CIV 6880**

---

CROSSBRIDGE PROJECTS LIMITED,

                Plaintiff,

-against-

IOF PTE LTD SINGAPORE, *et al.*,

                Defendants.

12 CV

ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/12

---

Upon reading the Verified Complaint for maritime attachment filed herein, and good cause appearing therefore, it is this 24th day of September 2012 by the United States District Court for the Southern District of New York:

**ORDERED** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendants, as described therein, including, but not limited to, any cash, funds, escrow funds, credits, debts, accounts, letters of credit, freights, sub-freights, charter hire and/or sub-charter hire, cargo and/or vessels of, belonging to, due, held or being transferred from, or for the benefit of Defendants, or any of them (hereinafter, "ASSETS"), including, but not limited to, such ASSETS as may be held, received, or transferred for their benefit (or for the benefit of either) at, through, or within the possession, custody, or control of banking institutions and/or other institutions and/or such other garnishee(s) on whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of **$2,423,995.68** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure in respect to the claims against the Defendants as identified in the Verified Complaint and as specified in the Process; and it is

390658.1

**FURTHER ORDERED** that any person claiming an interest in the property attached or garnished pursuant hereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an order requiring Plaintiff to show cause forthwith why the attachment should not be vacated or other relief granted; and it is

**FURTHER ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment; and it is

**FURTHER ORDERED** that supplemental process ~~specifying other or additional garnishees and enforcing the Court's Order herein may be issued and served without further order of the~~ Court; and it is  *[handwritten: M.A.C.]*

**FURTHER ORDERED** that any person at least 18 years of age and not a party to this action employed with or appointed by Freehill, Hogan & Mahar, LLP, be and hereby is appointed to serve this Order and Process of Maritime Attachment and Garnishment on any garnishee identified in Schedule A to this Order and on such additional garnishees as so permitted herein.

**SO ORDERED.**

*/s/ Miriam Goldman Cedarbaum*
UNITED STATES DISTRICT JUDGE
September 24, 2012

## Schedule A

### Garnishees

State Bank of India

Bank of Baroda

Standard Chartered Bank

Bank of Scotland